SACKETT & WILHELMS LITHOGRAPHING COMPANY, Respondent, *v.* FRANCES M. COMSTOCK, Appellant.

*Sackett & Wilhelms L. Co.* v. *Comstock,* 4 App. Div. 615, appeal dismissed. (Argued June 7, 1897; decided June 15, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered in April, 1896, which affirmed a judgment in favor of plaintiff entered upon a decision of the court at Special Term.

The motion was made upon the ground that the decision of the Appellate Division was unanimous that there was evidence supporting or tending to sustain the findings of fact.

*Newell Martin* for motion.

*Jacob H. Clute* opposed.

Motion granted and appeal dismissed, with costs.

---

THE NATIONAL SAVINGS BANK of the City of Albany, Respondent, *v.* WILLIAM S. SLADE, Impleaded, etc., Appellant.

*National Savings Bank* v. *Slade,* 17 App. Div. 115, appeal dismissed. (Argued June 7, 1897 ; decided June 15, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 21, 1897, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous ; that the record presents no question of law that can be reviewed by the Court of Appeals ; that the appeal is without merit and frivolous, and that the appellant has failed to give a proper undertaking.

*Rosendale & Hessberg* for motion.

*Edmund P. Cottle* opposed.

Motion granted and appeal dismissed, with costs.